FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICKY PATU,<br><br>   Plaintiff,<br><br>   v.<br><br>C/O CUNNINGHAM,<br><br>   Defendant. | NO: 2:15-cv-00181-SMJ<br><br>ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION |

By Order filed September 1, 2015, the Court directed Plaintiff, a *pro se* prisoner at the Monroe Correctional Complex-Special Offenders Unit, to show cause why he should not be precluded from proceeding *in forma pauperis* under 28 U.S.C § 1915(g) , ECF No. 5.  In the alternative Plaintiff was invited to pay the $400.00 fee to commence this action under 28 U.S.C. § 1914(a).  Plaintiff did not respond and has filed nothing further in this action.

Plaintiff's assertion in this Complaint that Defendant Cunningham, a correctional officer at the Washington State Penitentiary in the Eastern District of Washington, failed to notify medical when Plaintiff complained of feeling sick on

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 1

an unspecified date is insufficient to show that Plaintiff was "under imminent danger of serious physical injury" when he lodged his complaint from the Monroe Correctional Complex in the Western District of Washington on July 16, 2015. 28 U.S.C. § 1915(g); *see Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007) (discussing imminent danger exception to three-strikes rule).

For the reasons set forth in the Court's prior Order, **IT IS ORDERED** that Mr. Patu's application to proceed *in forma pauperis* is **DENIED** and this action is **DISMISSED** without prejudice for failure to comply with the filing fee requirements of 28 U.S.C. § 1914.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment and forward a copy to Plaintiff.

**DATED** this 7th day of October 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 2